UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                      Plaintiff,

        -against-

N.Y.P.D., et al.,

                      Defendants.

20-CV-5374 (CM)

CIVIL JUDGMENT

        Pursuant to the order issued July 15, 2020, denying Plaintiff's application to proceed *in forma pauperis* and her motion for leave to file this action,

        IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed *in forma pauperis* and motion for leave to file this action are denied. (ECF Nos. 1, 3.)

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

        Plaintiff has consented to electronic service of Court documents. (ECF No. 5.)

SO ORDERED.

Dated:  July 15, 2020
          New York, New York

                                                              COLLEEN McMAHON
                                                  Chief United States District Judge